The clerk is directed to docket this letter in 3:03cr39. Pursuant to the request set forth therein, the clerk directed to convert the defendant's § 2255 motion [Doc. #21] to a petition for writ of habeas corpus pursuant to 2 U.S.C. § 2241. See Simon v. U.S., 359 U.S. 139, 144 (2d Cir. 2004) ("District courts must . . . give notice and obtain consent before construing a petitioner's filing as a § 2241 petition"). SO ORDERED.

Christopher F. Droney
United States District Judge

July 29, 2004

Clerk of the Court
United States District Court
450 Main Street
Hartford, CT 06103

Criminal No. 3:03CR39 (CFD)
Civil No. 3:04CV947 (CFD)

To Whom it may Concern:

On June 10, 2004, I filed a 2255 motion with this Court. Per the United States Government's response dated July 27, 2004, I should have filed a 2241.

As a pro se litigant, I hereby give my knowledge and consent to recharacterize my 2255 as one filed under 28 USC 2241. The administrative remedy process, associated with a 2241, is futile and moot as the Federal Bureau of Prisons policy's are clear in their interpretation of Title 18, USC 3621(b) and 3624(c). See Skelskey v. Deboo, 3:04CV986 (CFD) for all exhaustion remedies filed and denied by BOP.

Due to this delay in my case and since time is of the essence, I ask this Court that they give the Government a shortened amount of time to