September 12, 2004

United States District Court
Office of the Clerk
450 Main Street
Hartford, CT 06103

Criminal No. 3:03 CR39(CFD)
Civil No: 3:04CV947(CFD)

To Whom it may Concern:

On June 10, 2004, I filed a 2255 motion with this Court. I received the U.S. Government's response on July 28, 2004 in which they indicated I should have filed a 2241. I responded back immediately giving my knowledge + consent to refile my 2255 as a 2241.

However, to date, I have not heard anything as to the status of this motion. I just want to make sure that nothing further has to be done by me, and would like to know where it stands.

I would appreciate a timely reply on this matter.

Thank you.

Denise Budnick
Denise Budnick
#15057-014
Federal Correctional Institution
Rte. 37
Danbury, CT 06811

The 2241 is ordered to docket this letter and include it in the Court's file. So ordered.
Christopher F. Droney
United States District Judge
03/7/05