UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENISE C. BUDNICK | : |
| | : |
| v. | : |
| | :  Civ. No. 3:03 CR 39 (CFD) |
| | : |
| UNITED STATES | : |

## ORDER

Pending is Denis Budnick's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. For following reasons, the petition **[Doc. # 21]** is **DENIED** without prejudice.

On July 10, 2004, the petitioner filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody. The motion challenged the Bureau of Prison's ["BOP"] new interpretation of 18 U.S.C. §§ 3621(b) and 3624(c), which reversed the BOP's prior interpretation and limited an inmate's ability to transfer to a community confinement center to the last ten percent of a sentence of imprisonment or six months, whichever period was shorter. See Skelskey v. Deboo, 332 F.Supp .2d 485 (D.Conn. 2004) (addressing the same challenge to the BOP's policy). In its response, the government argued that the motion failed to set forth a proper challenge under § 2255. The petitioner then submitted a letter to this Court requesting that her motion be converted from a § 2255 motion to a writ of habeas corpus under 28 U.S.C. § 2241. The Court granted that request. [See Doc. # 28].

This Court recently addressed the same challenge set forth in the instant § 2241 petition in Skelskey v. Deboo, 332 F.Supp .2d 485 (D.Conn.2004) and Blair v. Deboo, 2004 WL 3052022 (D.Conn. Dec. 30, 2004). The Court need not revisit the result reached in those decisions, however, because the petitioner is within the last ten percent of her sentence of imprisonment, thus rendering her petition moot. Consequently, her petition [Doc. # 21] is denied

without prejudice.

      SO ORDERED this __3rd__ day of March 2005, at Hartford, Connecticut.

                                                                     /s/ CFD
                                        **CHRISTOPHER F. DRONEY**
                                        **UNITED STATES DISTRICT JUDGE**